## **EXHIBIT A**

| TRANSFEROR | DATE | AMOUNT |
|---|---|---|
| Akorn Operating Company, LLC | 12/19/2022 | $2,070.73 |
| Akorn Operating Company, LLC | 2/22/2023 | $14,956.93 |

TOTAL TRANSFERS: $17,027.66